UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSUE CASTANEDA JUAREZ, et al., <br><br> Petitioners, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Respondents. | CASE NO. C20-0700JLR-MLP <br><br> ORDER SETTTING BRIEFING SCHEDULE |

On May 11, 2020, Petitioners filed a motion for a temporary restraining order. (*See* TRO Mot. (Dkt. # 22).) Respondents have appeared on the record (*see* Notices of Appearance (Dkt. ## 38, 40, 42)) and indicated their intent to oppose the motion (Notice of Intent to Oppose TRO (Dkt. # 39)); *see also* Local Rules W.D. Wash. LCR 65(b)(5). Accordingly, the court sets the following briefing schedule: (1) Respondents' opposition to Petitioners' motion for a temporary restraining order is due no later than Monday, May 18, 2020, at 8:00 a.m., PDT; and (2) Petitioners' reply in support of their motions is due

ORDER - 1

1 | no later than Wednesday, May 20, 2020, at 8:00 a.m., PDT.  The court shall inform the
2 | parties if it will permit oral argument after reviewing the parties' briefing.
3 |     Dated this 13th day of May, 2020.

 

JAMES L. ROBART
United States District Judge

ORDER - 2