UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSUE CASTAÑEDA JUAREZ, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents-Defendants. | Case No. C20-700-JLR-MLP<br><br>ORDER RE: RESPONDENTS' DECLARATION IN RESPONSE TO SHOW CAUSE ORDER |

This matter comes before the court on Respondent-Defendants Nathalie Asher, Matthew T. Albence, Steven Langford, and United States Immigration and Customs Enforcement's ("ICE") (collectively, "Respondents") June 2, 2020 Declaration in response to this court's order to show cause. (Langford Decl. (Dkt. #82))

On May 28, 2020, this Court ordered Respondents to show cause explaining why ICE, in consultation with its contractor the GEO Group ("GEO"), cannot immediately (a) begin testing detainees at the Northwest Detention Center ("NWDC") on a voluntary basis; and (b) implement a plan for those that refuse testing. (5/28/20 Order (Dkt. #78)) On June 2, 2020, Respondents filed a Declaration from Stephen Langford, the NWDC facility administrator, stating that ICE implemented the "COVID-19 Collection and Testing Operational Plan" on June 2, 2020 for the 563 detainees currently housed at the NWDC.

ORDER RE: RESPONDENTS' DECLARATION IN
RESPONSE TO SHOW CAUSE ORDER - 1

Having considered Respondents' declaration describing implementation of the "COVID-19 Collection and Testing Operational Plan," the Court ORDERS Respondents to inform Petitioners and the court as soon as practicable but within at least 24 hours after learning that any individual physically present at the NWDC tests positive for or is otherwise diagnosed with COVID-19.

Dated this 4th day of June, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge