UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE CASTANEDA JUAREZ,

                Petitioner,

   v.

NATHALIE ASHER,

                Respondent.

Case No. C20-700 JLR-MLP

ORDER

      Because this matter involves immigration detention, remote access to the court's electronic file is limited under the Federal Rules of Civil Procedure and the court's local rules. *See* Fed. R. Civ. P. 5.2(c); *see also* Local Rules W.D. Wash. LCR 5.2(c). Ordinarily, the public would be able to access the court's electronic docket and the case materials herein on the public terminals located in the courthouse. *See* Fed. R. Civ. P. 5.2(c)(2). However, due to the ongoing public emergency caused by the Coronavirus Disease of 2019 ("COVID-19"), the courthouse for the Western District of Washington only permits a limited number of individuals to safely enter the facility for critical in-person criminal proceedings. *See* General Order No. 15-20. As a result, members of the public are temporarily unable to access the public terminals in the courthouse, and thus, they are also unable to access case materials on the court's docket.

ORDER - 1

This case has garnered interest from the press. To enhance access to case materials—despite the ongoing public emergency—the court DIRECTS the Clerk to post the following orders from this case on the court's website as soon as practicable. The Clerk should post the orders found at docket numbers: 121 and 124. The court also DIRECTS the Clerk to post this order on the court's website. In addition to the forgoing orders, the court would like to post some of the parties' filings on its website to improve public access to those materials as well. The additional materials that the court would like to post on its website include: (1) the motion to dismiss the petition (Dkt. # 102); (2) the notices of supplemental authority (Dkt. ## 117, 120); and (3) the motions for approval of discovery requests (Dkt. ## 125, 127).

Before posting any of the parties' filings to its website, however, the court provides the parties an opportunity to file redacted versions of these documents or otherwise object to the court's plan. Accordingly, the court ORDERS the parties to meet and confer regarding what, if any, portions of these documents should be redacted as personal, medical, or otherwise private information. *See, e.g.*, Fed. R. Civ. P. 5.2(a); Local Rules W.D. Wash. LCR 5.1(a). The court further ORDERS the parties to file appropriately redacted copies of these documents no later than seven (7) days from the filing date of this order. If the parties agree that a document does not need any redaction, the court ORDERS the parties to so state in a filing on the record no later than seven (7) days from the filing date of this order. Finally, if either party objects to the filing of one or more of the forgoing documents in redacted form on the court's website, the court ORDERS that party to file its objection, supported by appropriate citations to authority, no later than seven (7) days from the filing date of this order.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

ORDER - 2

Dated this 29th day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 3