UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE CASTAÑEDA JUAREZ, *et al*.,

    Petitioners-Plaintiffs,

  v.

NATHALIE ASHER, *et al*.,

    Respondents-Defendants.

Case No. C20-700 JLR-MLP

ORDER

The Court previously found that limited discovery was warranted in this matter and ordered the parties to submit proposed requests to the Court. (Dkt. # 124.) The Court conducted an extensive hearing and ruled on each proposed request submitted by the parties. (*See* Motion for Federal Respondents' Proposed Discovery (Dkt. # 125); Petitioners' Motion for Approval of Discovery Requests (Dkt. # 127).) At the hearing, the Respondents withdrew the proposed discovery requests that were objectionable to Petitioners. Accordingly, the Court GRANTED Respondents' proposed discovery request (dkt. # 125). The Court GRANTED in PART and DENIED in PART Petitioners' discovery requests (dkt. # 127).

The purpose of this Order is to address the Petitioners' request to have Dr. Stern perform an onsite inspection of the Northwest ICE Processing Center ("NWIPC") located at 1623 East J

ORDER - 1

Street in Tacoma, Washington. Based on the representations and agreements of counsel on the record, the Court hereby ORDERS as follows:

1. The parties shall meet and confer to determine (1) the date and time of Dr. Stern's inspection, (2) the scope of the inspection, and (3) the necessary safety protocols Dr. Stern will abide by while in the facility.

2. The inspection will last no longer than seven consecutive hours.

3. Dr. Stern is permitted to take still photographs only. The photographs will be subject to a protective order that the parties intend to file with the Court.

4. Dr. Stern shall not take photographs of: security cameras, blueprints of the facility, or any entrances or exits that are not accessible to the public.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 24th day of November, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2