UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> NATHALIE ASHER, *et al*, <br><br> Respondents. | Case No. C20-700 JLR-MLP <br><br> ORDER |

This matter is before the Court on Petitioners' motion for a Temporary Restraining Order (Dkt. # 175 (TRO Mot.).) Pursuant to LCR 65(b)(5), when a party files a temporary restraining order:

> [T]he adverse party must (1) file a notice indicating whether it plans to oppose the motion within twenty-four hours after service of the motion, and (2) file its response, if any, within forty-eight hours after the motion is served. The response may not exceed twenty-four pages in length, and no reply will be permitted. If the movant meets the requirements of Fed. R. Civ. P. 65(b), the court may grant the motion without awaiting a response.

Accordingly, the Court orders Respondents to file a notice indicating whether it intends to oppose Petitioners' motion pursuant to LCR 65. The Court further orders that oral argument will be heard on Petitioners' motion on December 15, 2020 at 10:00 am.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 11th day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2