UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al.,<br><br>Petitioners-Plaintiffs,<br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents-Defendants. | CASE NO. C20-0700JLR-MLP<br><br>ORDER DENYING PETITIONERS-PLAINTIFFS' OBJECTIONS |

Before the court is Petitioners-Plaintiffs' ("Petitioners") objections (Obj. (Dkt. # 172)) to Magistrate Judge Michelle L. Peterson's rulings regarding the scope of discovery in this case (Min. Ord. (Dkt. # 160); *see also* 11/24/20 Tr. (Dkt. # 169).)  Having considered Petitioners' objections, Magistrate Judge Peterson's rulings, the relevant portions of the record, and the applicable law, the court finds that Magistrate Judge Peterson' rulings are not "clearly erroneous or contrary to law." *See* Fed. R. Civ. P. 72(a) (establishing the standard for the district court's modification of a magistrate judge's

ORDER - 1

1  order regarding a nondispositive matter); *Grimes v. City & Cty. of San Francisco*, 951
2  F.2d 236, 240 (9th Cir. 1991).  Thus, the court DENIES Petitioners' objections (Dkt. #
3  172).

Dated this 21st day of December, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2