Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WILFREDO FAVELA AVENDAÑO, *et al.*, | NO. C20-0700 JLR-MLP |
|---|---|
| Petitioners, | STIPULATED MOTION TO EXTEND DEADLINES AND ORDER |
| v | |
| NATALIE ASHER, *et al.*, | Noted for: December 22, 2020 |
| Respondents. | |

The parties stipulate and move for a two-week extension of the current deadlines. There is good cause to extend the deadline for the parties to respond to the discovery requests, which is currently due on December 24, 2020. Dkt. No. 160. Although Federal Respondents will timely respond to parts of Petitioners' discovery requests, Federal Respondents require an extension to complete their responses. Federal Respondents' ability to gather the information has been delayed due to their ongoing efforts to provide custody redeterminations for detainees deemed potentially at risk of a serious illness due

STIPULATED MOTION TO EXTEND DEADLINES
C20-0700 JLR-MLP 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 4258-3800

to COVID-19, planning and implementing safety protocols, and maintaining the safety of the detainees at the facility. The personnel needed to respond to the discovery requests are the same personnel working on these matters, and the same personnel that worked on responding to Petitioners' motion for a temporary restraining order. In addition, staffing is limited due to the end of the year and holidays.

Petitioners and Respondent Stephen Langford have agreed to the extension to the discovery deadline. To ensure that none of the parties are prejudiced by the extension, the parties also request two-week extensions of the discovery and dispositive motion deadlines set by this Court. Dkt. No. 124. This will provide the parties with time to review the discovery responses and resolve any potential discovery issues.

For good cause, the parties agree and respectfully request the following extensions:

| Deadline | Initial Deadline Date | Proposed Deadline Date |
| --- | --- | --- |
| Response to discovery requests | 12/24/2020 | 1/7/2021 |
| Close of discovery | 2/4/2021 | 2/18/2021 |
| Dispositive motions | 3/4/2021 | 3/18/2021 |

//

//

//

//

STIPULATED MOTION TO EXTEND DEADLINES
C20-0700 JLR-MLP 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

1  DATED this 22nd day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*


ACLU NATIONAL PRISON PROJECT

*/s/ Eunice H. Cho*
EUNICE H. CHO, WSBA No. 53711
915 15th St. NW
Washington, DC 20005
Tel: 202-548-6616
Email: echo@aclu.org
*Attorney for Petitioners-Plaintiffs*


III BRANCHES LAW, PLLC

*/s/ Joan K. Mell*
JOAN K. MELL, WSBA #21319
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Tel: 253-566-2510
Email: joan@3brancheslaw.com
*Attorney for Respondent Stephen Langford*

STIPULATED MOTION TO EXTEND DEADLINES
C20-0700 JLR-MLP 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

# ORDER

It is hereby ORDERED that:

For good cause shown, the deadlines are extended as follows:

| Deadline | Proposed Deadline Date |
| --- | --- |
| Responses to discovery requests | 1/7/2021 |
| Close of discovery | 2/18/2021 |
| Dispositive motions | 3/18/2021 |

Dated this 23rd day of December, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES
C20-0700 JLR-MLP 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800