Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Respondents-Defendants. | Case No. 20-cv-700-JLR-MLP <br><br> **ORDER FOR BRIEFING SCHEDULE** <br><br> **NOTING DATE:** <br><br> MARCH 10, 2021 |

**ORDER**

It is hereby ORDERED that:

For good cause shown, the deadlines are extended as follows:

| **Deadline** | **Proposed Deadline Date** |
|---|---|
| Plaintiffs' Cross Motions for Summary Judgment/Responses to Defendants' Motion for Summary Judgment | March 25, 2021 |
| ICE Defendants' and Defendant Langford's Response and Reply Briefs | April 19, 2021 |
| Plaintiffs' Reply Briefs to ICE Defendants' and Defendant Langford's Response to Plaintiffs' Motions for Summary Judgment | April 30, 2021 |

MOT. BRIEFING SCHEDULE AND ORDER. - 1
No. 20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Dated this 11th day of March, 2021.

                                             _____
                                             MICHELLE L. PETERSON
                                             United States Magistrate Judge

MOT. BRIEFING SCHEDULE AND ORDER. - 2      NORTHWEST IMMIGRANT RIGHTS PROJECT
No. 20-cv-700-JLR-MLP                                              615 Second Avenue, Suite 400
                                                                                       Seattle, WA 98104
                                                                                     Tel. (206) 957-8611