# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Respondents-Defendants. | CASE NO. C20-0700JLR-MLP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties in this matter informed the court that they have engaged in preliminary discussions about a possible resolution of this matter without further litigation, and that Respondents have agreed to provide Petitioners with certain class member information as part of those discussions. The parties stipulate and agree to stay all discovery and dispositive motions deadlines while the parties explore settling this matter. (*See* Stip.

ORDER - 1

(Dkt. # 284).)  Accordingly, the court GRANTS the parties' stipulated motion to stay discovery and case deadlines (Dkt. # 284).  In the event an agreement is not reached, the parties shall have 90 days to conduct discovery from the date the notice is filed, and the court will set new deadlines for dispositive motions at that time.

The parties also request that pursuant to Local Civil Rule 39.1(c)(1), the Court appoint a magistrate judge to mediate the settlement discussion in the matter.  (*See* Stip. at 2.)  The parties represent that the designation of a magistrate judge to mediate this matter will assist in resolving this case without further litigation, and that assignment of a magistrate judge is appropriate given that this case involves a request for injunctive relief against federal agencies and officials by a certified class of persons who are detained in this district.  (*See id.*)  Finding good cause, the court hereby REFERS this case to the Honorable J. Richard Creatura, United States Magistrate Judge, for a judicial settlement conference pursuant to Local Civil Rule 39.1(e).  Kelly Miller, Judge Creatura's courtroom deputy, will contact counsel to schedule a settlement conference.

The parties are further ORDERED to inform the court **within three (3) days** of the settlement conference whether this matter has been resolved.  The Clerk is directed to provide Judge Creatura a copy of this Minute Order.

Filed and entered this 3rd day of June, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk