Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> NATHALIE ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et. al., <br><br> Respondents-Defendants. | Case No. 20-cv-700-JLR-MLP <br><br> **ORDER TO MODIFY REPORTING ORDER (DKT. 83)** |

Having considered the parties Stipulated Motion to Modify Reporting Order (Dkt. 83), the Court GRANTS the motion. In accordance with the motion and this Court's prior reporting order, the Court orders the following:

1. Respondents will continue to inform Petitioners and the Court as soon as practicable but within at least 24 hours after learning that any individual physically present at the NWIPC tests positive for or is otherwise diagnosed with COVID-19.

2. Federal Respondents will inform Petitioners and the Court within one business day if a NWIPC detainee is hospitalized or dies after testing positive for, is diagnosed with, or has a suspected case of COVID-19. "Hospitalization" shall include any instance in which a

ORDER TO MODIFY REPORTING ORDER - 1
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

detainee is sent to the hospital for further tests or monitoring because of COVID-19 symptoms and does not require formal admission to the hospital. This reporting requirement does not apply to cases medically unrelated to COVID-19.

3. In addition, Federal Respondents will provide class counsel within one business day of a hospitalization or death referenced in point 2 the name and A-number of any NWIPC detainee who is a class member and has been hospitalized or has died as provided in point 2. In that same notice, Federal Respondents will also inform class counsel of the class member's last known contact information if the class member has been released from ICE's custody before Federal Respondents provided the notice.

4. Upon any notice to the Court outlined above, Federal Respondents will inform the Court of the current number of people detained at the Northwest ICE Processing Center.

Dated this 3rd day of August, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO MODIFY REPORTING ORDER - 2
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

Presented this 2nd day of August, 2021.

| | |
|---|---|
| s/ Matt Adams<br>Matt Adams, WSBA No. 28287<br>matt@nwirp.org | s/ David C. Fathi<br>David C. Fathi, WSBA No. 24893**<br>dfathi@aclu.org |
| s/ Aaron Korthuis<br>Aaron Korthuis, WSBA No. 53974<br>aaron@nwirp.org | s/ Eunice H. Cho<br>Eunice H. Cho, WSBA No. 53711**<br>echo@aclu.org |
| s/ Margot Adams<br>Margot Adams, WSBA No. 56573<br>margot@nwirp.org | Joseph Longley†<br>American Civil Liberties Union Foundation<br>National Prison Project<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005<br>Tel: (202) 548-6616 |
| Northwest Immigrant Rights Project<br>615 Second Ave., Suite 400<br>Seattle, WA 98104<br>Tel: (206) 957-8611 | Omar C. Jadwat*<br>ojadwat@aclu.org<br>Michael Tan*<br>mtan@aclu.org<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2600 |
| s/ Tim Henry Warden-Hertz<br>Tim Henry Warden-Hertz,<br>WSBA No. 53042<br>tim@nwirp.org<br>Northwest Immigrant Rights Project<br>1119 Pacific Ave., Suite 1400<br>Tacoma, WA 98402<br>Tel: (206) 957-8652 | My Khanh Ngo*<br>mngo@aclu.org<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0774 |
| s/ John Midgley<br>John Midgley, WSBA No. 6511<br>jmidgley@aclu-wa.org<br>American Civil Liberties Union<br>Foundation of Washington<br>P.O. Box 2728 | |

*Admitted pro hac vice
**Not admitted in DC; practice limited to federal courts
†Admitted pro hac vice; not admitted in DC; practice limited to federal courts

*Attorneys for Plaintiffs*

ORDER TO MODIFY REPORTING ORDER - 3
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

Tessa M. Gorman
Acting United States Attorney

s/ Michelle R. Lambert
Michelle R. Lambert, NY#4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3824
E-mail michelle.lambert@usdoj.gov

s/ James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone No. (206) 553-7970
E-mail james.strong@usdoj.gov

*Attorneys for Federal Respondents*

s/ Joan Mell
Joan K. Mell
III Branches Law, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

*Attorney for Respondent Bruce Scott*

ORDER TO MODIFY REPORTING ORDER - 4
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I electronically filed the foregoing and attached declaration with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 2nd day of August, 2021.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

ORDER TO MODIFY REPORTING ORDER - 5
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611