Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>NATHALIE ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et. al.,<br><br>Respondents-Defendants. | Case No. 20-700-JLR-MLP<br><br>**STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**<br><br>NOTING DATE: September 7, 2021 |

Petitioners-Plaintiffs (Plaintiffs) and Federal Respondents-Defendants (Federal Respondents) jointly stipulate and move this Court to extend the Court's temporary restraining order, Dkt. 370, for 7 days, until September 14, 2021.  Federal Respondents' agreement to this extension is not and should not be construed as a waiver to any arguments that may be raised in future litigation.  Facility Administrator Scott opposes entry of the temporary restraining order as previously stated, but does not intend to file opposition briefing in response to ICE stipulating to an extension of the TRO as the TRO is primarily directed at ICE.

STIP. MOTION TO EXTEND TRO - 1
Case No. C20-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

**ORDER**

Having considered the parties Stipulated Motion for to Extend the Court's Temporary Restraining Order, the Court GRANTS the motion. In accordance with the motion, the Court extends its temporary restraining order for 7 days, until September 14, 2021.

Dated this 10th day of September 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIP. MOTION TO EXTEND TRO - 2
Case No. C20-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

Respectfully submitted on this 7th day of September, 2021.

| | |
|---|---|
| s/ Matt Adams<br>Matt Adams, WSBA No. 28287<br>matt@nwirp.org | s/ David C. Fathi<br>David C. Fathi, WSBA No. 24893**<br>dfathi@aclu.org |
| s/ Aaron Korthuis<br>Aaron Korthuis, WSBA No. 53974<br>aaron@nwirp.org | s/ Eunice H. Cho<br>Eunice H. Cho, WSBA No. 53711**<br>echo@aclu.org |
| s/ Margot Adams<br>Margot Adams, WSBA No. 56573<br>margot@nwirp.org | Joseph Longley†<br>American Civil Liberties Union Foundation<br>National Prison Project<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005<br>Tel: (202) 548-6616 |
| Northwest Immigrant Rights Project<br>615 Second Ave., Suite 400<br>Seattle, WA 98104<br>Tel: (206) 957-8611 | |
| s/ Tim Henry Warden-Hertz<br>Tim Henry Warden-Hertz,<br>WSBA No. 53042<br>tim@nwirp.org | Omar C. Jadwat*<br>ojadwat@aclu.org<br>Michael Tan*<br>mtan@aclu.org<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2600 |
| Northwest Immigrant Rights Project<br>1119 Pacific Ave., Suite 1400<br>Tacoma, WA 98402<br>Tel: (206) 957-8652 | |
| s/ John Midgley<br>John Midgley, WSBA No. 6511<br>jmidgley@aclu-wa.org | My Khanh Ngo*<br>mngo@aclu.org<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel: (415) 343-0774 |
| * <br>* <br>† American Civil Liberties Union<br>Foundation of Washington<br>P.O. Box 2728 | |

Tessa M. Gorman
Acting United States Attorney

s/ Michelle R. Lambert
Michelle R. Lambert, NY#4666657
Assistant United States Attorney

STIP. MOTION TO EXTEND TRO - 3
Case No. C20-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3824
E-mail michelle.lambert@usdoj.gov

s/ James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone No. (206) 553-7970
E-mail james.strong@usdoj.gov

*Attorneys for Federal Respondents*

s/ Joan Mell
Joan K. Mell
III Branches Law, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

*Attorney for Respondent Bruce Scott*

STIP. MOTION TO EXTEND TRO - 4
Case No. C20-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611