UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>    Respondents-Defendants. | CASE NO. C20-0700JLR-MLP<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

Before the court is Petitioners-Plaintiffs' emergency motion to extend temporary restraining order and for order to show cause. (Mot. (Dkt. # 389).) Respondents-Defendants have not filed notice with the court that they intend to oppose the motion. (*See generally* Dkt.); Local Rules W.D. Wash. LCR 65(b)(5) (adverse party must "file a notice indicating whether it plans to oppose the motion within twenty-four hours after service of the motion"). The court has reviewed the motion, the balance of the record,

ORDER - 1

and the governing law.  Being fully advised, the court GRANTS in part and DENIES in part Petitioners-Plaintiffs' motion.

First, the court GRANTS Petitioners-Plaintiffs' request to extend the temporary restraining order issued by the court on August 23, 2021.  (TRO (Dkt. # 370); *see also* 9/10/21 Order (Dkt. # 390) (extending TRO to September 14, 2021).)  The court EXTENDS the August 23, 2021 temporary restraining order for an additional 14 days, until September 28, 2021, at 11:59 p.m.

Second, the court DENIES Petitioners-Plaintiffs' request that the court issue an order requiring Respondents-Defendants to show cause why the temporary restraining order should not be converted to a preliminary injunction.  Petitioners-Plaintiffs may, however, file a motion for preliminary injunction and note the motion in accordance with Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 13th day of September, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2