Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILFREDO FAVELA AVENDAÑO, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> NATHALIE ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et. al., <br><br> Respondents-Defendants. | Case No. 20-cv-700-JLR-MLP <br><br> **STIPULATED MOTION <u>AND ORDER</u> TO EXTEND TEMPORARY RESTRAINING ORDER** <br><br> NOTING DATE: September 23, 2021 |

Petitioners-Plaintiffs (Plaintiffs) and Federal Respondents-Defendants (Federal Respondents) jointly stipulate and move this Court to extend the Court's temporary restraining order, Dkt. 370, until the Court issues a decision on Plaintiffs' concurrently-filed motion to convert the temporary restraining order into a preliminary injunction. Dkt. 400. The temporary restraining order is currently scheduled to expire on September 28, 2021. Dkt. 393. Federal Respondents' agreement to this extension is not and should not be construed as a waiver to any arguments that may be raised in future litigation. Facility Administrator Scott opposes entry of the temporary restraining order as previously stated, but does not intend to file opposition

STIP. MOTION TO EXTEND TRO - 1
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

1  briefing in response to ICE stipulating to an extension of the TRO as the TRO is primarily
2  directed at ICE.

STIP. MOTION TO EXTEND TRO - 2
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

**ORDER**

Having considered the parties' Stipulated Motion for to Extend the Court's Temporary Restraining Order, the Court GRANTS the motion. In accordance with the motion, the Court extends its temporary restraining order until the Court issues a decision on Plaintiffs' motion to convert the temporary restraining order to a preliminary injunction.

Dated this 24th day of September, 2021.

JAMES L. ROBART
United States District Judge

STIP. MOTION TO EXTEND TRO - 3
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

Respectfully submitted on this 23rd day of September, 2021.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

s/ Margot Adams
Margot Adams, WSBA No. 56573
margot@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

s/ Tim Henry Warden-Hertz
Tim Henry Warden-Hertz,
WSBA No. 53042
tim@nwirp.org

Northwest Immigrant Rights Project
1119 Pacific Ave., Suite 1400
Tacoma, WA 98402
Tel: (206) 957-8652

s/ John Midgley
John Midgley, WSBA No. 6511
jmidgley@aclu-wa.org

American Civil Liberties Union
Foundation of Washington
P.O. Box 2728

s/ David C. Fathi
David C. Fathi, WSBA No. 24893**
dfathi@aclu.org

s/ Eunice H. Cho
Eunice H. Cho, WSBA No. 53711**
echo@aclu.org

Aditi Shah[†]
American Civil Liberties Union Foundation
National Prison Project
915 15th Street N.W., 7th Floor
Washington, DC 20005
Tel: (202) 548-6616

Omar C. Jadwat*
ojadwat@aclu.org
Michael Tan*
mtan@aclu.org
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

My Khanh Ngo*
mngo@aclu.org
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0774

*Admitted pro hac vice
**Not admitted in DC; practice limited to federal courts
[†] Application for admission pro hac vice pending

*Attorneys for Plaintiffs*

STIP. MOTION TO EXTEND TRO - 4
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

Tessa M. Gorman
Acting United States Attorney

s/ Michelle R. Lambert
Michelle R. Lambert, NY#4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3824
E-mail michelle.lambert@usdoj.gov

s/ James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone No. (206) 553-7970
E-mail james.strong@usdoj.gov

*Attorneys for Federal Respondents*

s/ Joan Mell
Joan K. Mell
III Branches Law, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

*Attorney for Respondent Bruce Scott*

STIP. MOTION TO EXTEND TRO - 5
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I electronically filed the foregoing and attached declaration with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 23rd day of September, 2021.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

STIP. MOTION TO EXTEND TRO - 6
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611