UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE CASTANEDA JUAREZ, *et al.*,

        Petitioners,

   v.

NATHALIE ASHER, *et al.*,

        Respondents.

Case No. C20-700-JLR-MLP

ORDER

On August 23, 2021, the Honorable James L. Robart granted a temporary restraining order ("TRO") in this matter. (Dkt. # 370.) On September 23, 2021, Plaintiffs filed a Motion to Convert TRO to Preliminary Injunction. ("PI Mot." (dkt. # 400).) Based on the parties' stipulation, Judge Robart extended the TRO "until the Court issues a decision on Plaintiffs' motion to convert the [TRO] to a preliminary injunction." (Dkt. # 408 at 3.) The parties are currently engaged in settlement efforts with the assistance of a settlement judge, the Honorable J. Richard Creatura. (*See* dkt. # 285; *see also* dkt. ## 311, 320, 355, 363, 375, 378, 426.) A settlement conference is set in this matter for February 15, 2022, prior to which the "parties shall submit a joint draft settlement agreement" to Judge Creatura. (Dkt. # 455.)

ORDER - 1

Accordingly, the Court hereby STRIKES the PI Motion (dkt. # 400) without prejudice to refiling if the parties are unable to finalize settlement. Pursuant to Judge Robart's prior order, the TRO shall remain in effect until this Court's ruling on any renewed motion to convert the TRO to a preliminary injunction.

Dated this 25th day of January, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2