Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

WILFREDO FAVELA AVENDAÑO, et al.,

Petitioners-Plaintiffs,

v.

Drew BOSTOCK, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et. al.,

Respondents-Defendants.

Case No. 20-cv-700-JLR-MLP

[PROPOSED] ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

The Parties have filed a Joint Motion for Preliminary Approval of the class action settlement. The Court has carefully considered the Class Settlement Agreement (the "Agreement") together with all exhibits thereto, all the filings related to the settlement, the arguments of counsel, and the record in this case. The Court hereby gives its preliminary approval of the settlement; finds that the Agreement is sufficiently fair, reasonable, and adequate to allow dissemination of notice of the Agreement ("Class Notice") to the Class and to hold a Fairness Hearing; orders the Class Notice to be sent to the Class in accordance with the Agreement and this Order; and schedules a Fairness Hearing to determine whether the proposed settlement is fair, adequate, and reasonable.

[PROPOSED] ORDER GRANTING PRELIM. APPROVAL OF CLASS SETTLMENT - 1
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

**IT IS HEREBY ORDERED THAT**:

1. The Agreement is hereby incorporated by reference in this Order, and all terms or phrases used in this Order shall have the same meaning as in the Agreement.

2. The Court preliminarily approves the Agreement, provisionally finding that the terms of the Agreement are fair, reasonable, and adequate as required by Fed. R. Civ. P. 23(e)(2), and within the range of possible approval and sufficient to warrant providing notice to the Class.

3. The Court previously certified the class as "All individuals detained at the Northwest Detention Center who are age 55 years or older or have medical conditions that place them at heightened risk of severe illness or death from COVID-19 as determined by Centers for Disease Control and Prevention guidelines." This is also the class for settlement purposes.

4. The Court finds that the proposed Class Notice and the proposed plan of distribution of the Class Notice meet the requirements of Federal Rule of Civil Procedure 23(e)(1) and hereby directs Class Counsel to proceed with the notice distribution in accordance with the terms of the Agreement. In so doing, the Court approves the procedures set forth in Section XV.B of the Agreement, and the Notice of Settlement of Class Action, Exhibit A to the Agreement, for objections to the settlement.

5. Any Class Member who wishes to object to the Agreement must do so within 60 days of this Order.

6. The Court directs that a hearing be scheduled on <u>Tuesday, May 30, 2023, at 10:00 a.m.</u> (the "Fairness Hearing") to assist the Court in finally determining whether the settlement

[PROPOSED] ORDER GRANTING PRELIM.  
APPROVAL OF CLASS SETTLMENT - 2  
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT  
615 2nd Ave Ste. 400  
Seattle, WA 98104  
Tel: 206-957-8611

is fair, reasonable and adequate; and whether Final Judgment should be entered dismissing with prejudice Defendants in the above-captioned action but retaining jurisdiction in this Court to interpret and enforce the Agreement for its duration. <u>The Fairness Hearing shall be held in Courtroom 14A at the United States Courthouse, 700 Stewart Street, Seattle, Washington, 98101</u>.  Plaintiffs shall file a motion for final approval of the settlement no later than 14 days before the Fairness Hearing.

7. The Agreement provides that ICE shall pay Plaintiffs the amount of **$500,000** in attorneys' fees and costs. The Court preliminarily finds that the provisions for payment of attorneys' fees and costs are reasonable.

8. Neither the settlement, nor any exhibit, document, or instrument delivered thereunder shall be construed as or deemed to be evidence of an admission or concession by Defendants or an interpretation of any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiffs, Class Members, or any other person.

9. If the Agreement is not finally approved, or the Effective Date does not occur, or the settlement is terminated under its terms, then (a) all parties will proceed as if the Agreement (except those provisions that, by their terms, expressly survive disapproval or termination of the settlement) had not been executed and the related orders and judgment had not been entered, preserving in that event all of their respective claims and defenses in the action; and (b) all releases given will be null and void. In such an event, this Court's orders regarding the Agreement, including this Preliminary Approval Order, shall not be used or referred to in litigation for any purpose. Nothing in the foregoing paragraph is intended to alter the terms of the Agreement with respect to the effect of the Agreement if it is not approved.

[PROPOSED] ORDER GRANTING PRELIM. APPROVAL OF CLASS SETTLMENT - 3
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

10. The Parties' Joint Motion for Preliminary Approval of Proposed Class Settlement ("Motion") is hereby GRANTED. The Court hereby preliminarily approves the proposed class-wide relief set forth in the Agreement (attached to the Joint Motion), hereby approves the proposed form and plan of notice (addressed in the Agreement), and hereby schedules the Fairness Hearing.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2023.

_____
Honorable James. L. Robart
United States District Judge

Presented this 24th day of March, 2023.

| /s/ Matt Adams | /s/ David C. Fathi |
|---|---|
| Matt Adams, WSBA No. 28287 | David C. Fathi, WSBA No. 24893** |
| matt@nwirp.org | dfathi@aclu.org |
| | |
| /s/ Aaron Korthuis | /s/ Eunice H. Cho |
| Aaron Korthuis, WSBA No. 53974 | Eunice H. Cho, WSBA No. 53711 |
| aaron@nwirp.org | echo@aclu.org |
| Northwest Immigrant Rights Project | American Civil Liberties Union Foundation |
| 615 Second Ave., Suite 400 | National Prison Project |
| Seattle, WA 98104 | 915 15th St. NW, 7th Floor |
| Tel: (206) 957-8611 | Washington, DC 20005 |
| | Tel: (202) 548-6616 |
| /s/ Tim Henry Warden-Hertz | |
| Tim Henry Warden-Hertz | Omar C. Jadwat* |
| WSBA No. 53042 | ojadwat@aclu.org |
| tim@nwirp.org | American Civil Liberties Union Foundation |
| Northwest Immigrant Rights Project | Immigrants' Rights Project |
| 1119 Pacific Ave., Suite 1400 | 125 Broad St., 18th Floor |
| Tacoma, WA 98402 | New York, NY 10004 |
| Tel: (206) 957-8652 | Tel: (212) 549-2600 |

[PROPOSED] ORDER GRANTING PRELIM. APPROVAL OF CLASS SETTLMENT - 4
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

/s/ John Midgley
John Midgley, WSBA No. 6511
jmidgley@aclu-wa.org

/s/ LaRond Baker
LaRond Baker, WSBA No. 43610
baker@aclu-wa.org
American Civil Liberties Union of Washington
P.O. Box 2728
Seattle, WA 98111
Tel: (206) 624-2184

My Khanh Ngo*
mgno@aclu.org
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm St.
San Francisco, CA 94111
Tel: (415) 343-0774

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*
**Not admitted in D.C.; practice limited to federal courts

NICHOLAS BROWN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3824
E-mail: michelle.lambert@usdoj.gov

/s/ James C. Strong
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone No. (206) 553-7970
E-mail: james.strong@usdoj.gov

*Attorneys for Federal Respondents-Defendants*

s/ Joan Mell
Joan K. Mell
III Branches Law, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

*Attorney for Respondent-Defendant the Facility Administrator of the Northwest ICE Processing Center*

[PROPOSED] ORDER GRANTING PRELIM. APPROVAL OF CLASS SETTLMENT - 5
Case No. 2:20-cv-700-JLR-MLP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611