UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO FAVELA AVENDANO, et al., | CASE NO. C20-0700JLR |
| Petitioners-Plaintiffs, | MINUTE ORDER |
| v. | |
| DREW BOSTOCK, et al., | |
| Respondents-Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court can approve a class settlement, it must find that the proposed settlement is "fair, reasonable, and adequate" after considering the factors set forth in Federal Rule of Civil Procedure 23(e)(2). Fed. R. Civ. P. 23(e)(2). The parties have not, however, addressed these factors in their stipulated motion to dismiss and for final approval of their proposed class settlement in this matter. (*See* Mot. (Dkt. # 656).)

MINUTE ORDER - 1

Accordingly, the court ORDERS the parties to file a supplemental brief addressing the Rule 23(e)(2) factors by no later than **Tuesday, May 23, 2023**.

Filed and entered this 18th day of May, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2