Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Wilfredo FAVELA AVENDAÑO, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>Drew BOSTOCK, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et. al.,<br><br>Respondents-Defendants. | Case No. 20-cv-700-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS AND GRANTING FINAL APPROVAL OF PROPOSED CLASS SETTLEMENT |

The Parties have filed a Stipulated Motion to Dismiss and Grant Final Approval of the class action settlement (Dkt. # 656). The Court has carefully considered the Class Settlement Agreement together with all exhibits thereto, all the filings related to the settlement, the arguments of counsel, and the record in this case. The Court also held a fairness hearing on May 30, 2023, following notice to the class as approved by the Court's previous order granting preliminary approval of the Agreement. The Court finds that the Agreement is sufficiently fair, reasonable, and adequate.

[PROPOSED] ORDER DISMISSING CASE & GRANTING FINAL APPROVAL OF CLASS SETTLEMENT - 1
Case No. 2:20-cv-700-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

**IT IS HEREBY ORDERED THAT**:

1. This Case is dismissed with prejudice. The Parties shall bear their own attorney's fees and costs, except as provided by the Agreement.

2. The Agreement is hereby incorporated by reference in this Order, and all terms or phrases used in this Order shall have the same meaning as in the Agreement.

3. The Court grants final approval of the Agreement, finding that the terms of the Agreement are fair, reasonable, and adequate as required by Fed. Rule Civ. Proc. 23(e)(2).

4. The Court previously certified the class as "All individuals detained at the Northwest Detention Center who are age 55 years or older or have medical conditions that place them at heightened risk of severe illness or death from COVID-19 as determined by Centers for Disease Control and Prevention guidelines." This is also the class for settlement purposes.

5. As specified in the Agreement, and notwithstanding the dismissal of this case, the Court shall retain jurisdiction over all disputes between and among the Parties arising out of the Agreement, including but not limited to interpretation and enforcement of the terms of the Agreement, except as otherwise provided in the Agreement, for a term of one year after Final Approval because the Presidential national emergency declaration concerning COVID-19 expired on May 11, 2023.

6. Neither the settlement, nor any exhibit, document, or instrument delivered thereunder shall be construed as or deemed to be evidence of an admission or concession by

[PROPOSED] ORDER DISMISSING CASE &
GRANTING FINAL APPROVAL OF CLASS
SETTLEMENT - 2
Case No. 2:20-cv-700-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

Defendants or an interpretation of any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiffs, Class Members, or any other person.

7. The Parties' Stipulated Motion for Final Approval of Proposed Class Settlement ("Motion") is hereby GRANTED. The Court hereby approves the proposed class-wide relief set forth in the Agreement.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2023.

                                                   Honorable James. L. Robart
                                                   United States District Judge

Presented this 17th day of May, 2023.

/s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

/s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

/s/ Tim Henry Warden-Hertz
Tim Henry Warden-Hertz
WSBA No. 53042
tim@nwirp.org
Northwest Immigrant Rights Project
1119 Pacific Ave., Suite 1400
Tacoma, WA 98402
Tel: (206) 957-8652

/s/ David C. Fathi
David C. Fathi, WSBA No. 24893**
dfathi@aclu.org

/s/ Eunice H. Cho
Eunice H. Cho, WSBA No. 53711
echo@aclu.org
American Civil Liberties Union Foundation
National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
Tel: (202) 548-6616

Omar C. Jadwat*
ojadwat@aclu.org
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2600

[PROPOSED] ORDER DISMISSING CASE & GRANTING FINAL APPROVAL OF CLASS SETTLEMENT - 3
Case No. 2:20-cv-700-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

/s/ LaRond Baker
LaRond Baker, WSBA No. 43610
baker@aclu-wa.org
American Civil Liberties Union of Washington
P.O. Box 2728
Seattle, WA 98111
Tel: (206) 624-2184

My Khanh Ngo*
mgno@aclu.org
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm St.
San Francisco, CA 94111
Tel: (415) 343-0774

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*
**Not admitted in D.C.; practice limited to federal courts

NICHOLAS BROWN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3824
E-mail: michelle.lambert@usdoj.gov

/s/ James C. Strong
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone No. (206) 553-7970
E-mail: james.strong@usdoj.gov

*Attorneys for Federal Respondents-Defendants*

s/ Joan Mell
Joan K. Mell
III Branches Law, PLLC
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 (p)
281-664-4643 (f)
joan@3brancheslaw.com

*Attorney for Respondent-Defendant the Facility Administrator of the Northwest ICE Processing Center*

[PROPOSED] ORDER DISMISSING CASE & GRANTING FINAL APPROVAL OF CLASS SETTLEMENT - 4
Case No. 2:20-cv-700-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611