# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

WILFREDO FAVELA AVENDANO, et al.,

        Petitioners-Plaintiffs,

    v.

DREW BOSTOCK, et al.,

        Respondents-Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO. C20-0700JLR

___ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The parties' stipulated motion to dismiss and for final approval of the proposed class action settlement in this matter is GRANTED.  (*See* 5/30/23 Order (Dkt. # 663).)

Filed this 30th day of May, 2023.

RAVI SUBRAMANIAN
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk